# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-3906

_____

Billy Roy Tyler,

        Appellant,

      v.

George Green, legal counsel
4 Nebraska Department of
Correction (NDCS); Randy
Crosby; Unknown Krantz, ?,
Investigator 4 Nebraska State
Patrol; Esther Casmer; Richard
Gatto; Dennis Bakewell; Robert
Houston; John Doe, Nebraska
State Patrol Investigator,

        Appellees.

*
*
*
*
*  Appeal from the United States
*  District Court for the
*  District of Nebraska.
*
*    [UNPUBLISHED]
*
*
*
*
*
*
*
*
*

_____

Submitted: April 28, 2009
Filed: May 13, 2009

_____

Before WOLLMAN, MURPHY, and MELLOY, Circuit Judges.

_____

PER CURIAM.

    Billy Roy Tyler appeals after the district court[1] dismissed his 42 U.S.C. § 1983 complaint under Federal Rule of Civil Procedure 12(b)(6) and 28 U.S.C.

_____

    [1]The Honorable Laurie Smith Camp, United States District Judge for the District of Nebraska.

§ 1915(e)(2)(B)(ii).  Having carefully reviewed the record and considered Tyler's appellate arguments, we find no basis for reversal.  See Levy v. Ohl, 477 F.3d 988, 991 (8th Cir. 2007) (appellate court reviews de novo district court's Rule 12(b)(6) dismissal, assuming as true all complaint allegations); Moore v. Sims, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam) (appellate court reviews de novo district court's § 1915(e)(2)(b) dismissal).  Accordingly, we affirm.  See 8th Cir. R. 47B.

_____